# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES THOMAS TURNER,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:15-2486** |
| **v** | : | |
| | | **(JUDGE MANNION)** |
| **Warden DAVID EBBERT,** | : | |
| **Respondent** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.   The above captioned petition for writ of habeas corpus is **DISMISSED** for Petitioner's failure to exhaust administrative remedies.

2.   The Clerk of Court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**


**DATE:  April 26, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2486-01-ORDER.wpd

1